UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| YOTTIAK GRAHAM,<br><br>          Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC and ATLANTIC CAPITAL BANK,<br><br>          Defendants. | Case No. 2:24-cv-00308-JAD-NJK<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from March 12, 2024 through and including **April 11, 2024**. The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

**ORDER**

IT IS SO ORDERED.
Dated: March 14, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

- 1 -

Respectfully submitted, this 13th day of March, 2024.

| | |
|---|---|
| CLARK HILL PLLC | **<u>No opposition</u>** |
| By: /s/ Gia N. Marina | /s/ Gerardo Avalos |
| Gia N. Marina | George Haines, Esq. |
| Nevada Bar No. 15276 | Nevada Bar No. 9411 |
| 1700 South Pavilion Center Drive, Suite 500 | Gerardo Avalos, Esq. |
| Las Vegas, Nevada  89135 | Nevada Bar No. 15171 |
| Telephone:  (702) 862-8300 | FREEDOM LAW GROUP |
| Facsimile:  (702) 778-9709 | 8985 S. Eastern Ave., Suite 350 |
| Email: gmarina@clarkhill.com | Henderson, NV 89123 |
| *Attorney for Defendant Equifax Information Services LLC* | Phone: (702) 880-5554 |
| | Fax: (702) 385-5518 |
| | Email: ghaines@freedomlegalteam.com |
| | Email: gavalos@freedomlegalteam.com |
| | *Attorneys for Plaintiff* |