**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael Ayers, Esq. (NV Bar No.10851)
michael.ayers@qpwblaw.com
Alia A. Najjar, M.D., Esq. (NV Bar No. 12832)
Alia.najjar@qpwblaw.com
3740 Lakeside Drive, Ste. 202
Reno, Nevada 89509
Telephone: 775-322-4697
Facsimile: 775-322-4698
*Attorneys for Defendant*
*SOUTHSTATE BANK, N.A.*
*incorrectly named herein as*
*ATLANTIC CAPITAL BANK*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YOTTIAK GRAHAM,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC and ATLANTIC CAPITAL BANK,<br><br>　　　　Defendants. | Case No. 2:24-cv-00308-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT SOUTHSTATE BANK, N.A., INCORRECTLY NAMED HEREIN AS ATLANTIC CAPITAL BANK, TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**[FIRST REQUEST]** |

　　　　Plaintiff YOTTIAK GRAHAM ("Plaintiff"), by and through his counsel George Haines, Esq. and Gerardo Avalos, Esq. of the FREEDOM LAW FIRM, LLC and Defendant SOUTHSTATE BANK, N.A., incorrectly named herein as ATLANTIC CAPITAL BANK ("Defendant SOUTHSTATE"), by and through its counsel Michael Ayers, Esq. and Alia Najjar, Esq., of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., hereby stipulate as follows:

　　　　1.　　On February 13, 2024, Plaintiff filed his Complaint (ECF No. 1) in this matter.

　　　　2.　　On March 11, 2024, Plaintiff served the Summons and Complaint on Defendant SOUTHSTATE (ECF No. 9).

　　　　3.　　Defendant SOUTHSTATE had twenty-one (21) days from service of the

Summons and Complaint (ECF No. 9) within which to respond to Plaintiff's Complaint (ECF No. 1), i.e. April 1, 2024.

4. Counsel for Defendant SOUTHSTATE was only just retained to represent Defendant SOUTHSTATE and requires additional time within which to formulate a defense in this matter.

5. Counsel for Plaintiff was contacted and agreed to extend Defendant SOUTHSTATE a 30-day extension of time within which to respond to Plaintiff's Complaint, i.e. May 1, 2024.

6. Accordingly, Plaintiff and Defendant SOUTHSTATE hereby stipulate to extend Defendant SOUTHSTATE's deadline to file its responsive pleading in this matter until and including May 1, 2024.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT SOUTHSTATE BANK, N.A., INCORRECTLY NAMED HEREIN AS ATLANTIC CAPITAL BANK, TO RESPOND TO PLAINTIFF'S COMPLAINT - 2

This is the first stipulation for extension of time for Defendant SOUTHSTATE to respond to Plaintiff's Complaint and is being made in good faith and not for the purpose of undue delay. No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

DATED this 28th day of March, 2024.                    DATED this 28th day of March, 2024.

**FREEDOM LAW FIRM, LLC**                              **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: */s/ Gerardo Avalos*                               By: */s/ Michael Ayers*
    George Haines, Esq.                              Michael Ayers, Esq.
    Gerardo Avalos, Esq.                              Alia Najjar, Esq.
    8985 South Eastern Ave., Ste. 100                 3740 Lakeside Dr., Ste. 202
    Las Vegas, NV 89123                               Reno, NV 89509
    *Attorneys for Plaintiff*                         *Attorneys for Defendant*
    *YOTTIAK GRAHAM*                                  *SOUTHSTATE BANK, N.A.,*
                                                      *incorrectly named herein as*
                                                      *ATLANTIC CAPITAL BANK*

## ORDER

The Stipulation to Extend Deadline for Defendant SOUTHSTATE BANK, N.A., incorrectly named herein as ATLANTIC CAPITAL BANK, to Respond to Plaintiff's Complaint up to and including May 1, 2024, is so ORDERED AND ADJUDGED.

DATED: March 29, 2024

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT SOUTHSTATE BANK, N.A., INCORRECTLY NAMED HEREIN AS ATLANTIC CAPITAL BANK, TO RESPOND TO PLAINTIFF'S COMPLAINT - 3