# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

YOTTIAK GRAHAM,

    Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES LLC, et al.,

    Defendant(s).

Case No. 2:24-cv-00308-JAD-NJK

**ORDER**

    Plaintiff has filed a notice of settlement with Equifax.  Docket No. 13.  Dismissal papers must be filed by June 10, 2024.

    IT IS SO ORDERED.

    Dated: April 18, 2024

                                                                           Nancy J. Koppe
United States Magistrate Judge