# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YOTTIAK GRAHAM,<br><br>　　Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>　　Defendant(s). | Case No. 2:24-cv-00308-JAD-NJK<br><br>**ORDER** |

Plaintiff has filed a notice of settlement with Atlantic Capital Bank. Docket No. 17. Dismissal papers must be filed by July 1, 2024.

IT IS SO ORDERED.

Dated: June 12, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　United States Magistrate Judge

1